# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>0.2853 ACRES OF LAND, MORE OR LESS,<br>LOCATED IN DALLAS COUNTY, STATE OF<br>TEXAS, CB TITLE, LTD., and AR1 LAND,<br>LTD., et al.,<br>Defendants. | § § § § § § § § § | CASE NO. 3:16-CV-2814-S |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. An objection was filed by Plaintiff [ECF No. 66]. The District Court reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objection was made. The objections are overruled. The District Court reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding no error, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

The Court determines that, in valuing the parent tract before condemnation, an appraiser should consider only the Terminal Doppler Weather Radar facility's physical remnants and not the intangible restrictions associated with an operational Terminal Doppler Weather Radar. The Court directs the Clerk of the Court to terminate the United States's Motion for a Legal Determination on the Before Condition of the Subject Property [ECF No. 34] and the United States's Motion to Modify in Part and Clarify in Part the Report and Recommendation [ECF No. 66].

**SO ORDERED.**

SIGNED August 28, 2018.

_____
KAREN GREN SCHOLER
UNITED STATES DISTRICT JUDGE