# United States District Court
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| v. | § § | CIVIL ACTION NO. 3:16-CV-2814-S-BN |
| 0.2853 ACRES OF LAND, MORE OR LESS, LOCATED IN DALLAS COUNTY, STATE OF TEXAS; CB TITTLE, LTD. and AR1 LAND.; ET AL. | § § § § § § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After making an independent review of the pleadings, files, and records in this case, and the Findings, Conclusions, and Recommendation of the United States Magistrate Judge dated September 16, 2019, the Court finds that the Findings Conclusions, and Recommendation of the Magistrate Judge are correct and they are accepted as the Findings, Conclusions, and Recommendation of the Court.

It is, therefore, ordered that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted.

The Court hereby denies Defendants' Motion to Sever the United States' Amendment to the Complaint with Declaration of Taking [ECF No. 96].

**SO ORDERED.**

SIGNED October 7, 2019.

KAREN GREN SCHOLER
UNITED STATES DISTRICT JUDGE