# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | CIVIL ACTION NO. 3:16-CV-2814-S-BK |
| § | |
| 0.2853 ACRES OF LAND, CB § | |
| TITTLE, LTD., and AR1 LAND, LTD. § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. Objections were filed. The District Court reviewed de novo those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding no error, the objections are overruled, and the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. ECF No. 241. Plaintiff's Rule 71.1 Motion to Exclude Defendants' Claims for Compensation that are Outside the Scope of this Condemnation, ECF No. 176, is **GRANTED**. Accordingly, evidence that contradicts the Court's prior determination that the parent tract is the 24.125-acre parcel is **EXCLUDED**.

**SO ORDERED.**

SIGNED June 25, 2024.

*[signature]*

UNITED STATES DISTRICT JUDGE