# United States District Court
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:16-CV-2814-S-BK |
| | § | |
| 0.2853 ACRES OF LAND, CB | § | |
| TITTLE, LTD., and AR1 LAND, LTD. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. Objections were filed. The Court reviewed de novo those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding no error, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge [ECF No. 276]. Accordingly, Plaintiff United States of America's Renewed Motion Regarding the Court's Lack of Jurisdiction Over Defendant's Regulatory Taking Claims [ECF No. 267] is **DENIED**.

**SO ORDERED.**

SIGNED September 24, 2026.

**UNITED STATES DISTRICT JUDGE**